ACCEPTED
03-15-00473-CR
6439490
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 10:26:27 AM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

| | | |
|---|---|---|
| **JAMES ERIC GRANT,** | § | |
| **Appellant** | § | |
| | § | **CAUSE NO. 03-15-00473-CR** |
| **V.** | § | **TRIAL COURT NO. 69,168** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/11/2015 10:26:27 AM
JEFFREY D. KYLE
Clerk

---

## MOTION FOR TRANSFER OF REPORTER'S RECORD

---

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, James Eric Grant, Appellant, who would request that the Court transfer the reporter's record from appellate cause number **03-15-00447-CR** to appellate cause number **03-15-00473-CR** and for cause would show as follows:

On May 5, 2011, pursuant to plea agreement, James Eric Grant entered a guilty plea to the offense of possession of a controlled substance, to-wit: cocaine, one gram or more but less than four grams, a third degree felony. *See* **TEX. HEALTH AND SAFETY CODE §481.115 (West 2010)**. His indictment also alleged two prior felony convictions for enhancement purposes, but the state abandoned one paragraph as part of the plea agreement, and Grant pled "true" to only one enhancement paragraph. (C.R. 1, pp. 5, 33 and 88). On June 3, 2011, after hearing punishment evidence, in keeping with the agreement, the trial court

Cause No. 03-15-00447-CR
*James Eric Grant v. The State of Texas*
Brief of Appellant                                                                                                  1

deferred a finding on Grant's guilt, and he was placed instead on community supervision for ten years. (C.R. 1, p. 39). On November 1, 2013, the State filed a motion to adjudicate his guilt. The motion to adjudicate alleged various violations of the terms and conditions of Grant's community supervision. (C.R. 1, p. 54). On May 19, 2014, the trial court held a hearing on the State's first amended motion to adjudicate. (*See*, C.R. 1, p. 66). At that hearing, Grant entered an open plea of "true" to all of the State's allegations in its amended motion. (R.R. 5, p. 7). The trial court adjudicated Grant's guilt and, after hearing punishment evidence, assessed a sentence of 18 years on June 6, 2014. Grant filed a notice of appeal from that judgment and sentence on July 17, 2014, forty-one days after sentencing. His appeal was dismissed by this Court on October 31, 2014, for want of jurisdiction. (*See* CCA No. **03-14-00447-CR**). Grant filed an application for writ of *habeas corpus* with the Texas Court of Criminal Appeals. (CCA No. **WR-83,255-01**). He alleged ineffective assistance of trial counsel in giving timely notice of appeal. The Court of Criminal Appeals granted the writ by order dated June 24, 2015, and, after mandate issued, Grant subsequently gave due notice of appeal from his original judgment and conviction which resulted in this cause. The reporter's record previously filed in Grant's appellate cause number **03-15-00447-**

**CR** is one and the same reporter's record now due in *this* cause and for that reason Movant requests the transfer of said reporter's record from that cause to this.

**PRAYER**

**WHEREFORE**, Counsel respectfully prays that this Court t r a n s f e r the reporter's record from cause number **03-15-00447-CR** to this cause.

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX 78613
Phone: 512.897.8196
Fax: 512.215.8114
Email: tcopeland14@yahoo.com

By: /s/Tim Copeland
Tim Copeland
State Bar No. 04801500
Attorney for Appellant

**CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH RULE 9**

This is to certify that on August 11, 2015, a true and correct copy of the above and foregoing document was served on Bob Odom, Assistant District Attorney of Bell County, P.O. Box 540, Belton, Texas 76513 in accordance with the *Texas Rules of Appellate Procedure*, and that Appellant's motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 586 words.

/s/ Tim Copeland
Tim Copeland

Cause No. 03-15-00447-CR
*James Eric Grant v. The State of Texas*
Brief of Appellant                                                                                            3